UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DENNIS SUMLIN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>        **Plaintiffs,**<br><br>  -against-<br><br>**ABG-ROCKPORT, LLC,**<br><br>        **Defendant.** | 24-cv-07564 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has settled in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  February 6, 2025
     New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**